# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-4510

———————————————

REGINA ROSE PADILLA, C.N.A.,

Appellant,

v.

DEPARTMENT OF HEALTH,

Appellee.

———————————————

An appeal from a Florida Department of Health, Board of Nursing, Final Order.
Joe R. Baker, Jr., Executive Director.

May 30, 2018

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Richard D. Lakeman of the Law Firm of Richard D. Lakeman, P.A., Cape Coral, for Appellant.

Christine E. Lamia, Chief Appellate Counsel of the Florida Department of Health, Tallahassee, for Appellee.